Jeffrey W. OLNEY, Plaintiff–Appellant,

v.

John HARTWIG, Department of Corrections Doctor, Snake River Correctional Institution; et al., Defendants–Appellees.

No. 07–35233.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 23, 2009.

Jeffrey W. Olney, Ontario, OR, for Plaintiff–Appellant.

Richard W. Wasserman, Paul L. Smith, Esq., Office of the Oregon Attorney General, Salem, OR, for Defendants–Appellees.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Jeffrey W. Olney, an Oregon state prisoner, appeals pro se from the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies pursuant to the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). We have jurisdiction under 28 U.S.C. § 1291. We review

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

de novo, *Wyatt v. Terhune,* 315 F.3d 1108, 1117 (9th Cir.2003), and we reverse and remand.

There is no indication that Olney's grievance was rejected for the procedural bases urged by the defendants, thus they have not met their burden of demonstrating nonexhaustion. *See id.* at 1119 ("[D]efendants have the burden of raising and proving the absence of exhaustion."). Accordingly, we reverse the district court's judgment and remand for further proceedings.

**REVERSED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument, and accordingly denies Appellants' request. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.